***COMMISSIONERS OF LAND OFFICE — AUTHORITY OVER TRANSFER OF LEASE*** THE COMMISSIONERS OF THE LAND OFFICE OF THE STATE OF OKLAHOMA HAVE THE LEGAL AUTHORITY TO REFUSE TO APPROVE THE TRANSFER OF A LEASE EXECUTED BY THEM FOR AND ON BEHALF OF THE STATE OF OKLAHOMA, AND WHERE SUCH AUTHORITY IS EXERCISED THEY ARE NOT REQUIRED TO MAKE AN OFFICIAL RECORD OF THEIR REASONS FOR DISAPPROVAL. CITE: 64 O.S. 1961, 241 [64-241]. (MARVIN C. EMERSON) ** SEE: OPINION NO. 72-279 (1972) **